Ed K. Bassey, SBN: 146740
Attorney at Law
309 South "A" Street
Oxnard, CA 93030
Phone No. (805)487-8689
Fax No. (805)486-8868

Attorney for Plaintiff:
**Felipe Alcala**

FILED
CLERK, U.S. DISTRICT COURT
NOV -3 2011
CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FELIPE ALCALA**<br><br>PLAINTIFF<br><br>VS.<br><br>LEISURE VILLAGE; AND DOES 1-10, INCLUSIVE<br><br>DEFENDANTS. | CASE NO. 10-7421-YBF(FFMx)<br><br>~~JOINT STIPULATION AND [PROPOSED]~~ ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE |

TO ALL PARTIES AND TO THEIR ATTORNEY(S) OF RECORD:

IT IS HEREBY Stipulated by and between the parties through their respective attorneys that this matter be dismissed, with prejudice. Each party to this action shall bear its own fees and costs.

RECEIVED BUT NOT FILED
NOV 2 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY            DEPUTY

Stipulation and [Proposed] Order for Dismissal of Action with Prejudice

1

Dated: October 26, 2011

LAW OFFICES OF ED K. BASSEY

By _____
Ed K. Bassey
Attorney for Plaintiff
Felipe Alcala

Dated: October 31, 2011

LANDEGGER, BARON, LEVANANT LINBER

By _____
Michael Levanant, Esq.
Attorney for Defendant
Leisure Village Association

## ORDER

Good cause appearing: **IT IS SO ORDERED.**

Dated: November 3, 2011

By _____
Honorable Valeria Fairbanks
United States District Judge

///

Stipulation and [Proposed] Order for Dismissal of
Action with Prejudice

2

1  (PROOF OF SERVICE BY MAIL — 1013A, 2015.5 C.C.P.)
2  STATE OF CALIFORNIA    )
3  COUNTY OF VENTURA      )

I am a citizen of the United States and a resident of the County aforesaid. I am over the age of eighteen years and not a party to the within entitled action. My business address is: 309 South "A" Street, Oxnard, California 93030.

On, October 27, 2011 I served the within **JOINT STIPULATION AND (PROPOSED) ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** by placing the original thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Oxnard, California, addressed as follows:

Michael S. Levanant, Esq
Marie D. Davis, Esq.
Landegger Baron et al
15760 Ventura Blvd, Suite 1200

I certify under penalty of perjury that the foregoing is true and correct.

Executed on October 27, 2011 at Oxnard, California.

Barbara Sanchez

**Proof of Service**

1